# IN THE SUPREME COURT OF THE STATE OF NEVADA

KENNETH PATTON,
                  Appellant,
        vs.
THE NEVADA BOARD OF PAROLE
COMMISSIONERS; CHRISTOPHER
DERICCO, COM.; SUSAN JACKSON,
COM.; AND ADAM ENDEL, COM.,
                  Respondents.

No. 85174

**FILED**

SEP 01 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal. Eighth Judicial District Court, Clark County; Susan Johnson, Judge.

Appellant challenges an order denying his motion for appointment of counsel, denying his motion for transport or alternative appearance, and denying his motion to extend his prison copy work limit. This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984); *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (holding the appellate court lacks jurisdiction where no statute or court rule authorizes the appeal). No statute or court rule provides for an appeal from the order challenged by appellant. *See* NRAP 3A(b). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
    Silver

_____, J.
    Cadish

_____, J.
    Pickering

22-27501

cc: Hon. Susan Johnson, District Judge
Kenneth Patton
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk